# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                       Fax: (718) 855-4696

December 9, 2013

**BY ECF**

Hon. Robert J. Sweet
United States District Judge
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Rubin, et al. v. Hamas-Islamic Resistance Movement, et al.*
          11-CV-8716(RWS); 11-MC-00039(RWS)

Dear Judge Sweet,

    We represent the Rubins, the plaintiff /judgment-creditors in the above matter.

    This matter is scheduled for a conference tomorrow.

    We have today received a communication from the Government (which they say was sent on November 20 but was not received by us until today) and require additional time to consider that statement. In light of this, we respectfully request that this conference be rescheduled to a future date at the court's convenience.

    I have asked counsel for the defendants if they consent to this adjournment. Counsel for HSBC consents; the other parties have not yet responded, but this application is being submitted due to the short timeframe.

    We thank the Court for its accommodation of this request on short notice.

                                           Respectfully yours,

                                           Robert J. Tolchin

cc: All counsel by ECF